

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 11, 2024

**BY EMAIL**
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601



Re:   ***United States v. James Gabriel*, 24 Cr. 007**

Dear Judge Reznik:

The Government writes to respectfully request that the Court unseal Indictment 24 Cr. 007 and the related arrest warrant for defendant James Gabriel because the defendant is in custody.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Ben Arad*
Ben Arad
Assistant United States Attorney
Southern District of New York
(914) 993-1907