# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF & email**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles. L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY  10601

> Application granted. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 13).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         November 6, 2024

Re:  *United States of America v. James Gabriel*,
     **24 Cr. 007 (PMH)**

Honorable Judge Halpern:

Jointly with the Government, I respectfully request the Court extend the deadlines for filing sentencing submissions in this case. Sentencing in this matter is scheduled for Monday, November 25, 2024 at 2:30 P.M. The defense submission was due on November 4, 2024, and the Government's submission is currently due on November 11, 2024. However, the final Presentence Investigation Report (PSR) was issued on Monday, November 4, 2024. Defense counsel requires time to review the report with Mr. Gabriel before making the defense sentencing submission.

In order to proceed with the sentencing as scheduled, the parties propose the following schedule for sentencing submissions: The Defense will submit its materials by Wednesday, November 13, 2024, and the Government will make its submission by Friday, November 15, 2024.

Thank you for considering this request.

Respectfully submitted,

_____
Christopher Flood
Counsel for Mr. James Gabriel
Assistant Federal Defender
Tel.: (212) 417-8734

cc:     AUSA Timothy Ly (by ECF & email)